# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, David G. | District Court - Arizona | 06/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

401 West Washington
Suite 623, SPC 58
Phoenix, AZ 85003-2156

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Trustee | Family Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 06/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan 2019 | Maricopa Community Colleges, pay for part-time teaching |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Berkeley Judicial Institute | April 12-13, 2019 | Berkeley, CA | Federal Court Reform Symposium | Transporation, hotel, meals |
| 2. | International Center for Law and Religion, BYU Law School | October 7-11, 2019 | Provo, UT, San Francisco, CA | Law and religion symposium, case management training of foreign judges | Transportation, hotel, meals |
| 3. | Bolch Judicial Institute, Duke Law School | November 7-8, 2019 | Durham, NC | Civil Rules Planning Conference | Transportation, hotel, meals |
| 4. | The Asia Foundation | November 24-30, 2019 | Ankara, Turkey | Meeting on Asia Foundation's program for ADR in Pakistan | Transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 06/09/2020 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. | JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. | JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. | Wheeler Machinery Note Payable | D | Interest | | | Distributed | 11/22/19 | N | | See note 2, Part VIII |
| 5. | Exxon Mobil Common Stock | D | Dividend | M | T | | | | | |
| 6. | Bank of America Common Stock | B | Dividend | L | T | | | | | |
| 7. | IRA | | | | | | | | | |
| 8. | -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 9. | -- DFA Emerging Markets Port | A | Dividend | K | T | Sold<br>(part) | 02/04/19 | J | A | |
| 10. | -- DFA Intl Small Co Port | A | Dividend | K | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 11. | -- DFA Large Cap Intl Port | C | Dividend | M | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 12. | -- DFA U.S. Large Cap Value | D | Dividend | N | T | Sold<br>(part) | 02/04/19 | J | B | |
| 13. | -- DFA U.S. Small Cap Value | A | Dividend | K | T | Sold<br>(part) | 02/04/19 | K | D | |
| 14. | -- Investco DB Commodity Indx (formerly Powershs DB Commdty Indx) | A | Dividend | | | Sold | 02/04/19 | K | A | |
| 15. | -- Spdr Dow Jones REIT | B | Dividend | K | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 16. | -- Vanguard Growth | C | Dividend | N | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 17. | -- SPDR Short Term | D | Dividend | M | T | Sold<br>(part) | 02/04/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br> | | C<br>Gross value at end<br>of reporting period<br><br> | | D<br>Transactions during reporting period<br><br> | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -- Vanguard Small Cap Growth | A | Dividend | L | T | Buy<br>(add'l) | 02/06/19 | K | | |
| 19.   -- DFA Investment Grade Port | D | Dividend | M | T | Sold<br>(part) | 02/04/19 | J | A | |
| 20.   -- Schwab Value Advantage Money Fund | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 21.   -- Flexshares Upstream | A | Dividend | K | T | Buy | 02/06/19 | K | | |
| 22.   Brighthouse Life Ins. Co. - Guarantee Adv<br>UL Policy | D | Interest | M | T | | | | | See note 3, Part VIII |
| 23.   Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |
| 24.   Mutual Fund and Other Investments | | | | | | | | | |
| 25.   -- Schwab Value Advantage Money Fund | C | Interest | N | T | Sold<br>(part) | 02/08/19 | N | | See note 4, Part VIII |
| 26. | | | | | Buy<br>(add'l) | 02/12/19 | K | | |
| 27. | | | | | Buy<br>(add'l) | 11/21/19 | N | | |
| 28.   -- DFA Emerging Markets Port | A | Dividend | L | T | Buy<br>(add'l) | 02/11/19 | J | | |
| 29.   -- DFA Intl Small Co Port | A | Dividend | K | T | Buy<br>(add'l) | 02/11/19 | J | | |
| 30.   -- DFA U.S. Large Cap Value | D | Dividend | N | T | Buy<br>(add'l) | 02/11/19 | L | | |
| 31.   -- DFA U.S. Small Cap Value | A | Dividend | K | T | Sold<br>(part) | 02/05/19 | K | A | |
| 32.   -- Spdr Dow Jones REIT | B | Dividend | K | T | Buy<br>(add'l) | 02/11/19 | J | | |
| 33.   -- Vanguard Growth | A | Dividend | N | T | Buy<br>(add'l) | 02/11/19 | L | | |
| 34.   -- SPDR Short Term | D | Dividend | N | T | Sold<br>(part) | 02/05/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Campbell, David G. | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -- Vanguard Small Cap Growth | A | Dividend | K | T | Buy (add'l) | 02/11/19 | K | | |
| 36.   -- DFA Investment Grade Port | D | Dividend | N | T | Buy (add'l) | 02/11/19 | L | | |
| 37.   -- Vanguard Int Bond ETF | D | Dividend | M | T | Buy (add'l) | 02/11/19 | M | | |
| 38.   -- Vanguard FTSE Dev Mkts ETF | B | Dividend | N | T | Buy | 01/02/19 | M | | |
| 39. | | | | | Buy (add'l) | 02/11/19 | L | | |
| 40.   Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |
| 41.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 42.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 43.   Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 44.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 45.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 46.   Water rights, Carbon County, Utah | | None | K | W | | | | | |
| 47.   Schwab IRA (invested in money market acct) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 06/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Trust 1 is a ▮▮▮▮ trust that holds our ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and other assets. Other reportable assets held by the trust are included separately in Part VII.

Note 2: The Wheeler Machinery Note Payable on line 4 was paid and the funds were invested in the Mutual Funds and Other Investments starting in line 24.

Note 3: The Brighthouse Life Ins. Co. Guarantee Adv. UL Policy listed on line 22 is the same insurance policy as was listed in prior disclosure reports as MetLife Investors Guarantee Adv. UL Policy. The insurance company name changed.

Note 4: In the 2018 report, the item in Line 25 was referred to as a Schwab Deposit Account. Its more accurate name is Schwab Value Advantage Money Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ David G. Campbell

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544